# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

Tony Lamont Mills

\*

\*

\*

RECEIVED
USMS-PRIS OPS
BALTIMORE, MD

Case No. 13-27-SKG
2013 FEB 13 P 4: 54

\*\*\*\*\*\*

## COMMUNICATION OF HEALTH NEEDS AND CONSENT
## TO DISCLOSURE OF MEDICAL INFORMATION

The Defendant and/or counsel reports the following:

**Medical Problems**
Ear Infection —

**Dental/Mental Health Problems**

**Current Medications**
Brought w/ Defendant — Marshal has them

The Defendant consents to the release of his medical records to the Court, the U.S. Marshal's Service, Counsel for the Defendant named below, and a Representative of the Facility where the Defendant is detained to facilitate his evaluation and treatment and the resolution of any issues concerning the appropriateness of the evaluation and treatment rendered while detained in connection with the above-captioned case.

_Tony Mills_
Defendant

_Gary Christopher_
Counsel
Name: Gary Christopher
Address: FPD

Telephone number: 410-962-3562
E-mail: gary_christopher@fd.org

The United States Marshal IS REQUESTED TO deliver a copy of this Notice to the personnel in charge of the Defendant at the place of detention.

☐ **URGENT medication issue**_____
☐ **URGENT mental health issue**_____
☐ **URGENT medical issue**_____