IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CRIMINAL NO. JKB-13-074** |
| **TONY LAMONT MILLS** | : | |

**DISMISSAL ORDER**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Maryland hereby dismisses the Indictment pending against the defendant, Tony Lamont Mills, and as reason states that the Defendant is now deceased as evidenced in the attached certificate of death (Exhibit 1).

Respectfully submitted,

Rod Rosenstein
United States Attorney

By:  _____/s/_____
Michael C. Hanlon
Assistant United States Attorney

36 S Charles Street, Fourth Floor
Baltimore, Maryland 21201-2692
410-209-4895

Leave of Court is granted for the filing of the foregoing dismissal.

_____                                   _____
Date                                                                 Honorable James K. Bredar
                                                                          United States District Judge

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Advice to U.S. Marshal**:     _X_   The Defendant is deceased.
   (check one)