Please Type or Print in Black Indelible Ink. Ensure All Copies Are Legible.

**State of Maryland / Department of Health and Mental Hygiene**

## Certificate of Death

Reg. No. _____

**1 – For State Registrar**

**Physician/Medical Examiner / Funeral Director**

1. Decedent's Name (First, Middle, Last): **Tony Lamont Mills**
2. Date of Death: Month **March** Day **3** Year **2013**
3. Time of Death: **16.07 PM**
4a. Facility Name (if not institution, give street and number): **University of Maryland Medical Center**
4b. City, Town, or Location of Death: **Baltimore, MD**
4c. County of Death: _____
5. Social Security Number: _____
6. Sex: 1☐ M  2☐ F
7. Age (in yrs. last birthday) Yrs.: _____
   If Under 1 Year / If Under 24 Hrs: Months / Days / Hours / Min.
8. Date of Birth (Month, Day, Year): _____
9. Birthplace (State or Foreign Country): _____
10a. State: _____
10b. County: _____
10c. City, Town or Location: _____
10d. Inside City Limits: 1☐ Yes  2☐ No
10e. Street and Number: _____
10f. Zip Code: _____
10g. Citizen of What Country?: _____
11. Marital Status: 1☐ Never Married  2☐ Married  3☐ Widowed  4☐ Divorced
12. Was Decedent Ever in U.S. Armed Forces?: 1☐ Yes  2☐ No. If Yes, Give Year or Dates.
13. Was Decedent of Hispanic Origin? (Specify Yes or No—If Yes, specify Cuban, Mexican, Puerto Rican, etc.) 1☐ Yes  2☐ No  Specify:
14. Race – American Indian, Black, White, etc. Specify:
15. Decedent's Education (Specify only highest grade completed): Elementary/Secondary (0-12) / College (1-4 or 5+)
16a. Decedent's Usual Occupation (Give kind of work done during most of working life. DO NOT use retired):
16b. Kind of Business/Industry:
17. Father's Name (First, Middle, Last):
18. Mother's Name (First, Middle, Maiden Surname):
19a. Informant's Name/Relationship (Type, Print):
19b. Mailing Address (Street and Number or Rural Route Number, City or Town, State, Zip Code):
20a. Method of Disposition: 1☐ Burial  2☐ Cremation  3☐ Removal from State  4☐ Donation  5☐ Other (Specify)
20b. Place of Disposition (Name of cemetery, crematory or other place): _____
Date: _____
20c. Location - City or Town, State: _____
21. Signature of Funeral Service Licensee: _____
22. Name and Address of Facility: _____

**Physician/Medical Examiner**

23a. Part 1. Enter the disease, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.
Immediate Cause (Final disease or condition resulting in death)
a. **Meningoencephalitis**
Due to (or as a consequence of):
b. _____
Due to (or as a consequence of):
c. _____
Due to (or as a consequence of):
d. _____
Approximate Interval Between Onset and Death: _____

IF FEMALE:
23b. Was decedent pregnant in the past 12 months? 1☐ Yes  2☐ No  9☐ Unknown
23c. If yes, outcome of pregnancy: 1☐ Live Birth  2☐ Fetal death  3☐ Ectopic pregnancy  4☐ Pregnant at time of death  5☐ Other (specify)  9☐ Unknown
23d. Date of delivery: Month / Day / Year

Part II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.
_____

23e. Did tobacco use contribute to the cause of death? 1☐ Yes  2☒ No  3☐ Probably  4☐ Unknown
24a. Was an autopsy performed? 1☐ Yes  2☐ No
24b. Were autopsy findings available prior to completion of cause of death? 1☐ Yes  2☐ No
25. Was case referred to medical examiner? 1☒ Yes  2☐ No
26. Place of Death (Check only one): Hospital: 1☒ Inpatient  2☐ ER/Outpatient  3☐ DOA  Other: 4☐ Nursing Home  5☐ Residence  6☐ Other (Specify)
27. Manner of Death: 1☒ Natural  2☐ Accident  3☐ Suicide  4☐ Homicide  5☐ Pending Investigation  6☐ Could not be determined
28a. Date of Injury (Month, Day, Year): _____
28b. Time of Injury: _____ M
28c. Injury at work? 1☐ Yes  2☐ No
28d. Describe how injury occurred: _____
28e. Place of Injury - At home, farm, street, factory, office building, etc. (Specify): _____
28f. Location (Street and Number or Rural Route Number, City or Town, State): _____
29a. Certifier (Check only one): 1☒ Certifying Physician: To the best of my knowledge, death occurred at the time, date and place, and due to the cause(s) and manner as stated. 2☐ Medical Examiner: On the basis of examination and/or investigation, in my opinion, death occurred at the time, date and place, and due to the cause(s) and manner as stated. 3☐ Certifying Nurse Practitioner: To the best of my knowledge, death occurred at the time, date and place, and due to the cause(s) and manner as stated.
29b. Signature and title of certifier: ▶ **Lydia Fisher, MD (FISHER)**
29c. License number: **P25618**
29d. Date signed (Month, Day, Year): **March, 3, 2013**
30. Name and address of person who completed cause of death (Item 23a) (Type, Print): **LYDIA FISHER, 22 S. Greene St, Baltimore, MD, 21201**

**State Registrar**
31. Date filed (Month, Day, Year): _____
32. Registrar's Signature: ▶ _____

DHMH 17 Rev 06-2011

Division of Vital Records, P.O. Box 68760, Baltimore, Maryland 21215-0036